IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v.    * | **CRIMINAL NO. 13-00117-CG** |
| * | |
| **YAMAN SENCAN,**  * | |
| **DAVID PETERSEN,** * | |
| **STEPHEN MERRY and** * | |
| **TIMOTHY DURKIN** * | |
| * | |

<u>**JOINT MOTION TO CONTINUE TRIAL SETTING AND FOR ENTRY
OF REVISED SCHEDULING ORDER**</u>

**COMES NOW** the United States of America, by and through its attorney, the United States Attorney for the Southern District of Alabama, Kenyen R. Brown, joined by the defendants Yaman Sencan, David Petersen and Stephen Merry, by and through their respective counsel, and file this Joint Motion to Continue Trial Setting and for Entry of Revised Scheduling Order.[1]

1.  This is a complex, multi-defendant matter arising from a 20-count indictment charging conspiracy, securities fraud and wire fraud.  The United States has turned over to the defendants tens of thousands of pages of discovery, including e-mails obtained by search warrants and banking records, among other things.[2]

---

[1] Defendant Timothy Durkin is currently a fugitive believed to be residing in England. The United States has initiated extradition efforts pertaining to Durkin, but this process will be quite lengthy.

[2] The exact number is difficult to quantify.  However, to date, the Untied States has provided to the defendant at least 12 gigabytes of digital data in the form of e-mails (at least 50,000 e-mails, most of which include multi-page attachments) and another gigabyte of digital data in the form innumerable scanned documents such as bank records.

2. Defendant David Petersen was arraigned on July 2, 2013. Defendants Yaman Sencan and Stephen Merry were recently arraigned on August 14, 2013. This matter is currently set for a pre-trial conference on September 10, 2013, and jury selection on September 30, 2013.

3. The defendants have indicated to the undersigned that they wish to continue the trial of this matter until the December 2013 term and to revise the scheduling order accordingly. The United States does not object to the requested continuance. The defendants require the additional time to become familiar with the voluminous and complex discovery materials to enable them to try this case or determine a reasonable settlement of the charges. Thus, there are valid reasons for the extension of the pre-trial preparation period. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (excluding "[a]ny period of delay resulting from a continuance granted by any judge . . . if the judge granted such continuance on the basis of his findings that the ends of justice served taking such action outweigh the best interest of the public and the defendant in a speedy trial."); *see also United States v. Darby*, 744 F.2d 1508, 1517 (11th Cir. 1984) ("[T]he rule in this Circuit is that the delay caused by one defendant is excludable as to his codefendants."); *United States v. Doe*, 216 Fed. App'x 874, 877 (11th Cir. 2007) (holding same). In accordance with this request, the defendants will file Speedy Trial waivers with the Court.

4. Should the Court grant the motion to continue, the parties suggest that the current scheduling order be revised as follows:

DISCOVERY. Disclosures by the defendants, as required by SD ALA LR 16.13(b)(4), shall be accomplished no later than October 1, 2013.

PRETRIAL MOTIONS. All pretrial motions under Rule 12(b) of the Federal Rules of

Criminal Procedure, and all notices or demands under Fed. R. Crim. P. 12.1, 12.2, 12.3, as well as SD ALA LR 16.12 (entrapment), and any motion to compel must be filed no later than October 1, 2013.

The parties further requests that a pretrial conference be conducted in November 2013, at a date to be determined by the Court.

Respectfully submitted this 4th day of September, 2013.

>KENYEN R. BROWN
>UNITED STATES ATTORNEY
>By:
>
>*/s/ Adam W. Overstreet*
>Adam W. Overstreet
>Assistant United States Attorney
>United States Attorney's Office
>63 South Royal Street, Suite 600
>Mobile, Alabama 36602
>Telephone: (251) 441-5845
>E-mail: adam.overstreet@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing pleading with the clerk of the Court using CM/ECF, which automatically serves a copy of the same upon counsel for the defendants this the 4th day of September, 2013.

>*/s/ Adam W. Overstreet*
>Adam W. Overstreet
>Assistant United States Attorney